```
                                              FILED
                                           NOV 29 2007
                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA
                                  BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Case No. 07CR3226-JAH |
|                                     ) | |
|           Plaintiff,                ) | <u>I N F O R M A T I O N</u> |
|                                     ) | |
|     v.                              ) | Title 8, U.S.C., Sec. 1326(a) |
|                                     ) | and (b) - Deported Alien Found |
| ARMANDO PEREZ-RANGEL,               ) | in the United States |
|                                     ) | (Felony) |
|           Defendant.                ) | |

The United States Attorney charges:

On or about October 29, 2007, within the Southern District of California, defendant ARMANDO PEREZ-RANGEL, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

CJB:kmm:San Diego
11/14/2007

1 | It is further alleged that defendant ARMANDO PEREZ-RANGEL was
2 | removed from the United States subsequent to August 13, 2007.
3 | DATED: 11/29/07               .

KAREN P. HEWITT
United States Attorney

*(signed)*
CARLA J. BRESSLER
Assistant U.S. Attorney