AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ARMANDO PEREZ-RANGEL

WAIVER OF INDICTMENT

CASE NUMBER: 07CR 3226 JAH

**FILED**
NOV 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I, ARMANDO PEREZ-RANGEL, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 29 Nov. 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Armando Perez Rangel
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER